IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00229-F-4
No. 5:13-CV-00476-F

| | | |
|---|---|---|
| RANDY MOORE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Randy Moore's Motion to Unseal Documents [DE-483]. In his motion, Moore requests a copy of the following documents: Superseding Indictment [DE-175], Penalty Sheet [DE-180], Motion for Services [DE-194], Plea Agreement [DE-202], and Sentencing Recommendation [DE-407].

Moore's requests for a copy of his Penalty Sheet and Sentencing Recommendation are DENIED. These two documents are internal documents that are created solely for the court's use. Moore's request for a copy of his plea agreement is also DENIED. Pursuant to Amended Standing Order No. 09-SO-02[1], the court will not send a copy of a plea agreement to an inmate.[2] Moore's request for a copy of the Motion for Services filed ex parte and under seal by his attorney is DENIED. If Moore needs a copy of this motion, he should contact his attorney. Moore's request for a copy of his Superseding Indictment shall be ALLOWED, and he is entitled to a copy of this document once he pays the proper fee. The Clerk is DIRECTED to provide

---

[1] The Clerk hereby is DIRECTED to send Moore a copy of Amended Standing Order No. 09-SO-02.

[2] Moore is advised that the public may have access to filed plea agreements at the public terminal in the Clerk's office.

Moore with information regarding the cost for him to get a copy of his Superseding Indictment.

In light of the foregoing, Moore's Motion to Unseal Documents [DE-483] is DENIED in part and ALLOWED in part.

SO ORDERED.

This, the 5th day of March, 2014.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge

2

Case 5:11-cr-00229-BO   Document 484   Filed 03/05/14   Page 2 of 2