IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00229-F-4
No. 5:13-CV-00476-F

| | | |
|---|---|---|
| RANDY MOORE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Randy Moore's Motion to Withdraw *Pro Se* Motion for Documents [DE-509]. In his motion, Moore states that he wishes to withdraw his *pro se* motion because he is able to obtain the documents requested through other means. Because good cause has been shown, Moore's Motion to Withdraw *Pro Se* Motion for Documents [DE-509] is ALLOWED, and Moore's Motion for Documents [DE-472] is WITHDRAWN.

SO ORDERED.

This, the 27 day of October, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge